

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**FILED**
DISTRICT COURT OF GUAM
APR 18 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-95-00128        DATE: 04/18/2006

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge    Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles                        Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:15:13 - 10:25:30  CSO: N. Edrosa / J. Lizama

***APPEARANCES***

DEFT: __HENRY T. QUINTANILLA__               ATTY: __ALEXANDER MODABER__
( ) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.   (X) PRESENT  ( ) RETAINED  (X) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                  AGENT:

U.S. PROBATION: GRACE FLORES                  U.S. MARSHAL: J. CURRY / W. GRAY

INTERPRETER: _____  ( ) SWORN    LANGUAGE: _____
                                        ( ) PREVIOUSLY SWORN

***

PROCEEDINGS:   - INITIAL APPEARANCE
               - ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS
                 SHOULD NOT BE REVOKED

(X) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE
    VIOLATIONS
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PROBATION
( ) REVOCATION OF PROBATION/SUPERVISED RELEASE ___ GRANTED ___ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED (see Revocation or Amended
Judgment)
( ) PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO REMAIN AT LIBERTY
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

NOTES:

The Court appointed the Federal Public Defender to represent the defendant. The Court set a revocation hearing for May 9, 2006 at 3:00 p.m. before District Judge John C. Coughenour.

Government recommended detention. Mr. Modaber argued for release with strict conditions pending the revocation hearing. Probation recommended detention. The Court detained the defendant pending his revocation hearing.