**FILED**

DISTRICT COURT OF GUAM

APR 18 2006

MARY L.M. MORAN
**CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **95-00128** |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **HENRY T. QUINTANILLA,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 18th day of April, 2006.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL