# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, | |
| Plaintiff, | Case No. 1:95-cr-00128 |
| vs. | |
| Henry T. Quintanilla, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order filed April 18, 2006,* on the dates indicated below:

*U.S. Attorney's Office*  *Federal Public Defender*
*April 19, 2006*  *April 20, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order filed April 18, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 20, 2006                             /s/ Marilyn B. Alcon
                                                                Deputy Clerk