# UNITED STATES DISTRICT COURT

District of     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>HENRY T. QUINTANILLA<br><br>_Defendant_ | ORDER OF TEMPORARY DETENTION<br>TO PERMIT REVOCATION OF<br>SUPERVISED RELEASE<br><br>Case Number:    CR-95-00128 |

**FILED**
DISTRICT COURT OF GUAM
APR 20 2006
MARY L.M. MORAN
CLERK OF COURT

I find that the defendant

**X**   is, and was at the time the alleged offense was committed:

☐   on release pending trial for a felony under federal, state, or local law.

☐   on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

**X**   on supervised release for an offense under federal, state, or local law; or

☐   is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant may

☐ flee, or **X** pose a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail to and including    **May 9, 2006**   .

Date     APRIL 20, 2006

JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE

**ORIGINAL**