
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

United States of America, ) CRIMINAL CASE NO. 95-00128-001
    Plaintiff, )
) **2nd SUPPLEMENTAL**
) **DECLARATION IN SUPPORT OF PETITION**
vs. )
)
HENRY TAITAGUE QUINTANILLA, )
    Defendant. )
_____ )

**Re: Supplemental Violation of Supervised Release Conditions**

I, U.S. Probation Officer John W. San Nicolas II, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Henry Taitague Quintanilla, and in that capacity declare as follows:

The following information is a supplement to the Petition for a Summons report filed on April 13, 2006 and to the Supplemental Declaration filed on April 17, 2006, and is submitted for consideration in addition to violations previously reported.

**Mandatory Condition 1:** *The defendant shall refrain from any unlawful use of a controlled substance.*

**Special Condition 1:** *The defendant shall not possess, use, administer, or distribute any narcotic or controlled substance except that prescribed by a physician for medical treatment. In order to ensure compliance, the defendant will be subject to random and scheduled urinalysis testing, and shall attend any drug treatment or aftercare program deemed necessary at his expense.*

As reported in the April 17, 2006 Supplemental Declaration, on April 10, 2006, Mr. Quintanilla was subjected to a urinalysis which resulted in a presumptive positive for methamphetamine. The sample was sent to Scientific Testing Laboratories, Incorporated, because he denied use of illicit substances. On April 24, 2006, this Officer received the laboratory report which indicated a positive result for amphetamines and methamphetamine for the April 10, 2006 drug test.

2^ND^ SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION
Supplemental Violations of Supervised Release Conditions
Re: QUINTANILLA, Henry Taitague
USDC Cr. Cs. No. 95-00128-001
May 1, 2006
Page 2

**Recommendation**: It is respectfully recommended that the Court consider these additional violation information at the revocation hearing.

I declare under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 1st day of May 2006, at Hagatna, Guam, in conformance with provisions of Title 28 U.S.C. § 1746.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
John Tarantino, Defense Counsel
File