

**FILED**
DISTRICT COURT OF GUAM
MAY - 9 2006
**MARY L.M. MORAN
CLERK OF COURT**

UNITED STATES DISTRICT COURT

HON. JOHN C. COUGHENOUR, U. S. DISTRICT COURT

Deputy Clerk: Julie Mahnke

Court Reporter: Miles                    Date: 5/9/06

----------------------------------  MINUTES  2:55 - 3:05

CASE NO. CR-95-00128    CASE NAME: US v. Henry T. Quintanilla

COUNSEL FOR PLTF: St. Nicholas
COUNSEL FOR DEFT: McHugh

( ) JURY TRIAL      ( ) COURT TRIAL  (✓) HEARING HELD

( ) Jury impaneled and sworn. (see jury list on reverse)

( ) Jury/Court trial held, ____ day.

( ) Witnesses sworn and examined. (See list on reverse)

( ) Case continued to _____ for further

( ) Jury retires to deliberate at _____ .

( ) Jury returns a verdict at _____ and finds:

(✓) Court finds:

Defendant has violated & revokes conditions of release. Defendant is sentenced to a term of nine months incarceration with 27 months of supervised release to follow.

----------------------------------

MINUTES      HON. JOHN C. COUGHENOUR      DATE: 5/9/06