**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: CR-95-00128  DATE: April 06, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 11:11:21 - 11:13:15
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Henry T. Quintanilla  Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: John San Nicolas  U.S. Marshal: J. Salas
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Supervised Release Conditions Should Not be Revoke**
- Federal Public Defender appointed to represent the defendant.
- Proceedings continued to: April 11, 2007 at 2:00 P.M.

NOTES: