AO 471 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of _____ **GUAM** _____

UNITED STATES OF AMERICA

V.

**HENRY T. QUINTANILLA**

_____
*Defendant*

**ORDER OF DETENTION
PENDING DISPOSITION**

Case Number: CR-95-00128

**FILED**
DISTRICT COURT OF GUAM
APR - 6 2007
MARY L.M. MORAN
CLERK OF COURT

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

**X** on supervised release for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant

☐ flee, or **X** poses a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail to and including **April 11, 2007**.

Date _____ **APRIL 6, 2007** _____

JOAQUIN V.E. MANIBUSAN, JR., U.S. MAGISTRATE JUDGE

**ORIGINAL**