RECEIVED
MAR 30 2007
US MARSHALS SERVICE-GUAM

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

Henry Taitague Quintanilla

## WARRANT FOR ARREST

Case Number: CR-95-00128-001

**FILED**
DISTRICT COURT OF GUAM
APR - 6 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **Henry Taitague Quintanilla**
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)

See the Petition for Warrant or Summons for Offender Under Supervision and Order separately filed on 3/30/2007.

in violation of Title _____ United States Code, Section(s) _____

**Leilani R. Toves Hernandez**
Name of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

Signature of Issuing Officer

**March 30, 2007; Hagatna, Guam**
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

U.S. District Court.

| DATE RECEIVED 3/31/2007 | NAME AND TITLE OF ARRESTING OFFICER Tanya Muna, DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/5/2007 | | |

ORIGINAL

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  <u>Henry Taitague Quintanilla</u>

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____