# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 95-00128-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUPPLEMENTAL** |
| vs. | ) | **DECLARATION IN SUPPORT OF PETITION** |
| | ) | |
| HENRY TAITAGUE QUINTANILLA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Re:  Supplemental Violation of Supervised Release Conditions**

I, U.S. Probation Officer John W. San Nicolas II, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Henry Taitague Quintanilla, and in that capacity declare as follows:

The following information is a supplement to the Petition for a Warrant of Arrest report filed on March 30, 2007, and is submitted for consideration in addition to violations previously reported.

**Mandatory Condition 1:** *The defendant shall refrain from any unlawful use of a controlled substance, in violation of 18 U.S.C. §3583(d).*

**Special Condition 1:** *The defendant shall not possess, use, administer, or distribute any narcotic or controlled substance except that prescribed by a physician for medical treatment.  In order to ensure compliance, the defendant will be subject to random and scheduled urinalysis testing, and shall attend any drug treatment or aftercare program deemed necessary at his expense, in violation of 18 U.S.C. §3583(d).*

SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION
Supplemental Violation of Supervised Release Conditions
Re: QUINTANILLA, Henry Taitague
USDC Cr. Cs. No. 95-00128-001
April 10, 2007
Page 2

On March 27, 2007, Mr. Quintanilla reported to the drug testing vendor for urinalysis. In lieu of submitting to the drug test, he executed an admission form, admitting to using "methamphetamine" on March 27, 2007. In addition, Mr. Quintanilla failed to report to the U.S. Probation Office as required the following day to address his noncompliance with drug testing.

On March 30, 2007, Mr. Quintanilla reported to the drug testing vendor for urinalysis. He declined to submit to the drug test, but executed an admission form, admitting to using "methamphetamine" on March 27, 2007. However, the positive drug test falls within the 72-hour window of the body's ability to remove methamphetamine from the March 27, 2007 admitted methamphetamine use.

**Recommendation**: It is respectfully recommended that the Court consider the additional violation information at the revocation hearing.

I declare under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 10th day of April 2007, at Hagatna, Guam, in conformance with provisions of Title 28 U.S.C. § 1746.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:   /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
Richard P. Arens, AFPD
File