# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-95-00128-001　　　　　　　　　　DATE: April 11, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 2:05:32 - 2:11:10
CSO: F. Tenorio / D. Quinata

**APPEARANCES:**
Defendant: Henry T. Quintanilla　　　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Rosanna Villagomez-Aguon　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**
- Defendant admits to all the allegations.
- Defense's oral motion for an expedited disposition hearing was granted.
- Disposition Hearing set for: April 12, 2007 at 2:30 p.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: