# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

United States of America

V.

**Henry T. Quintanilla**

## NOTICE

CASE NUMBER: **CR-95-00128**

TYPE OF CASE:

☐ **CIVIL** **X** **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**DISPOSITION HEARING**

**X** **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, GU 96910** | **Thursday, April 12, 2007**<br>**at 2:30 p.m.** | **Friday, April 13, 2007 at 10:30 a.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**April 11, 2007**
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

TO: U.S. Attorney's Office
Federal Public Defender
U.S. Probation Office
U.S. Marshals Service