IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 95-00128 |
| Plaintiff, | |
| vs. | **REPORT & RECOMMENDATION CONCERNING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS IN A FELONY CASE** |
| HENRY TAITAGUE QUINTANILLA, | |
| Defendant. | |

On March 30, 2007, the United States Probation Office filed a Petition and supporting declaration alleging that the Defendant violated his conditions of supervised release. See Docket No. 99. A Supplemental Declaration was thereafter filed on April 10, 2007. See Docket No. 105. According to the Petition and Supplemental Declaration, the Defendant:

1. repeatedly tested positive for the use of methamphetamine;
2. refused to submit to urinalysis on three (3) separate occasions; and
3. failed to appear for drug counseling (one instance).

On April 10, 2007, the Defendant appeared with counsel before the Court and on a knowingly and voluntarily waived his right to an evidentiary hearing and admitted to all the violations alleged in the Petition and Supplemental Declaration. The Government, the Defendant, and the probation officer agreed that the Defendant's term of supervised release should be revoked as a sanction for these violations. The parties also agreed that the Defendant should serve a 15-month term of incarceration, with no supervised release term to follow thereafter.

1  Therefore, I hereby recommend that the District Judge revoke the Defendant's term of
2  supervised release and impose sentence accordingly. This matter shall be scheduled for a
3  disposition hearing before the District Judge on Friday, April 13, 2007, at 10:30 a.m., unless
4  otherwise re-scheduled by the District Judge.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Apr 12, 2007

**NOTICE**

**Failure to file written objections to this Report within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**