# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-95-00128-001                              DATE: April 13, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:28:48 - 10:42:15
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Henry T. Quintanilla            Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson               U.S. Agent:
U.S. Probation: John San Nicolas           U.S. Marshal: D. Punzalan / T. Muna
Interpreter:                               Language:

**PROCEEDINGS: Disposition Hearing re Violation of Supervised Release and Sentencing**
- Parties stipulated to a 15 month sentence.
- Court finds that the defendant did violate conditions of supervised release.
- Revocation of supervised release granted.
- Defendant committed to the Bureau of Prisons for a term of 15 months.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: