# UNITED STATES DISTRICT COURT

District of _____ **Guam** _____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **HENRY T. QUINTANILLA** | Case Number: CR-95-00128-001 |
| | USM Number: 00964-093 |
| | **Richard Arens, Assistant Federal Public Defender** |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __**see below**__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| | Failure to refrain from any use of a controlled substance. | March 2007 |
| | Failure to participate in drug testing and drug treatment. | March 2007 |

**FILED**
**DISTRICT COURT OF GUAM**
**APR 16 2007**
**MARY L.M. MORAN**
**CLERK OF COURT**

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: **XXX-XX-8784**

Defendant's Date of Birth: **1954**

Defendant's Residence Address:
**CHALAN PAGO, GUAM 96910**

Defendant's Mailing Address:
**P.O. BOX 2740**
**HAGATNA, GUAM 96932**

April 13, 2007
Date of Imposition of Judgment

_Signature of Judge_

**FRANCES M. TYDINGCO-GATEWOOD, Chief Judge**
Name and Title of Judge

4/16/07
Date

**ORIGINAL**

DEFENDANT: HENRY T. QUINTANILLA
CASE NUMBER: CR-95-00128-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

15 months

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL