DEFENDANT: HENRY T. QUINTANILLA
CASE NUMBER: CR-95-00128-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

15 months

**FILED**
DISTRICT COURT OF GUAM
DEC 20 2007
JEANNE G. QUINATA
Clerk of Court

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on **16 NOV 2007** to FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

a _____ with a certified copy of this judgment.

*Linda T. McGrew*
WARDEN

By *J. Lurin*
~~DEPUTY UNITED STATES MARSHAL~~
LEGAL INSTRUMENTS EXAMINER